**Order entered January 30, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01290-CR

### JAMES AARON WHITTLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-23785-N**

## ORDER

We **REINSTATE** this appeal.

By order dated January 19, 2017, we abated this appeal and ordered the trial court to make findings regarding why the reporter's records from July 24, 2009 and September 16, 2016 had not been filed. On January 25, 2017, the reporter's record from the July 24, 2009 hearing was filed. The Court has had no communication, however, regarding the reporter's record from the September 16, 2016 hearing.

We **ORDER** the trial court to make findings on whether a hearing was held on September 16, 2016 and, if so, whether a reporter's record was requested. If a reporter's record was requested, the trial court shall determine the name and address of the court reporter who

recorded the proceedings in this cause and the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
        JUSTICE